| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **INTEGRITY BRANDS, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Uncle Maddios Pizza** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **26-2250274** |
| 4. | Debtor's address | **Principal place of business**<br><br>**21 Ferry Landing Lane, Apt 1413**<br>**Atlanta, GA 30305**<br>Number, Street, City, State & ZIP Code<br><br>**Fulton**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 1

Debtor **INTEGRITY BRANDS, LLC** _____ Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor  **INTEGRITY BRANDS, LLC**                                    Case number (*if known*)
        Name

**11. Why is the case filed in *this district?***   Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   INTEGRITY BRANDS, LLC                                                    Case number (*if known*)
         Name

|   | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 13, 2019**
              MM / DD / YYYY

X  **/s/ Matthew Andrew, CEO**                             **Matthew Andrew, CEO**
   Signature of authorized representative of debtor         Printed name

Title

**18. Signature of attorney**

X  **/s/ Leslie Pineyro**                                  Date  **April 13, 2019**
   Signature of attorney for debtor                              MM / DD / YYYY

**Leslie Pineyro 969800**
Printed name

**Jones & Walden, LLC**
Firm name

**21 Eighth Street, NE**
**Atlanta, GA 30309**
Number, Street, City, State & ZIP Code

Contact phone  **404-564-9300**      Email address  **info@joneswalden.com**

**969800 GA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **INTEGRITY BRANDS, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Coltrin & Associates, Inc.**<br>801 Floral Vale Blvd<br>Morrisville, PA 19067 | | | | | | $4,500.00 |
| **Davis Pickren Seydel & Sneed**<br>2300 Marquis Two Tower<br>2385 Peachtree Center Ave<br>Atlanta, GA 30303 | | | | | | $177,566.00 |
| **DLA Piper LLC**<br>One Atlantic Center<br>1201 W. Peachtree Street #2800<br>Atlanta, GA 30309 | | | | | | $6,483.10 |
| **Forum Analytics**<br>PO Box 848844<br>Los Angeles, CA 90084 | | | | | | $18,330.20 |
| **Frazier & Deeter**<br>1230 Peachtree Street, NE<br>Suite 1500<br>Atlanta, GA 30309 | | | | | | $53,043.94 |
| **Georgia Department of Revenue**<br>Compliance Division<br>1800 Century Blvd, Ste 16102<br>Atlanta, GA 30345-3205 | | | | | | $24,207.18 |

Debtor **INTEGRITY BRANDS, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hot Dish**<br>800 Washington Ave N<br>Suite 205<br>Minneapolis, MN 55401 | | | | | | $1,641.64 |
| **Humana**<br>PO Box 3291<br>Milwaukee, WI 53201 | | | | | | $4,224.36 |
| **IFX International, Inc.**<br>12750 High Bluff Drive<br>Suite 460<br>San Diego, CA 92130 | | | | | | $8,200.00 |
| **Jim Killough**<br>Syner G Law Complex<br>6075 Barfield Road<br>Atlanta, GA 30328 | | | | | | $6,956.60 |
| **Player Law Firm**<br>P.O. Box 21005<br>Columbia, SC 29221 | | | | | | $1,679.20 |
| **Quarles & Brady LLP**<br>1700 K Street NW<br>Suite 825<br>Washington, DC 20006 | | | | | | $66,980.98 |
| **Ready Talk**<br>PO Box 975375<br>Dallas, TX 75397-5375 | | | | | | $924.06 |
| **Retail Data Systems**<br>375 Franklin Gateway<br>Suite 400<br>Marietta, GA 30067 | | | | | | $6,009.97 |
| **TAC PNC, LLC**<br>P.O. Box 936406<br>Atlanta, GA 31193-6406 | | | | | | $89,769.36 |
| **The Peakstone Group**<br>445 N. Wells Street<br>Suite 404<br>Chicago, IL 60654 | | | | | | $36,000.00 |
| **Toshiba Financial Services** | | | | | | $900.84 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 2

Debtor **INTEGRITY BRANDS, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Westbrook Real Estate, LLC**<br>9765 Hightower Road<br>Roswell, GA 30075 | | | | | | $15,000.00 |
| **White Star Shops at FSK Mall L**<br>7904 Woodmont Avenue<br>Second Floor<br>Bethesda, MD 20814 | | | | $137,240.64 | $0.00 | $137,240.64 |
| **WRI Retail Pool I, LP**<br>191 Peachtree Street NE<br>34th Floor<br>Atlanta, GA 30303 | | | | $128,457.38 | $0.00 | $128,457.38 |

```
413 Investments, LLC
1064 Kingdom Drive
Greenville, FL 32331



Attorney General of Georgia
40 Capitol Square SW
Atlanta, GA 30334



Bahena & Associates LLC
3 Church Circle #214
Annapolis, MD 21401



BW Brands, LLC
557 Potomac Drive
Tiger, GA 30576



CMR Concepts LLC
3330 Cobb Parkway
Suite 324-194
Acworth, GA 30101



Coca-Cola
One Coca-Cola Plaza
Atlanta, GA 30313



Coker Restaurant Development
3983 La Vista Road, Unit 115
Tucker, GA 30084



Coltrin & Associates, Inc.
801 Floral Vale Blvd
Morrisville, PA 19067



Comcast
P.O. Box 2127
Norcross, GA 30091-2127
```

```
Craig and Brooks Heiser
1576 W Sussex Road
Atlanta, GA 30306



Dale Peterson
1689 Timberidge Drive
Sidney, OH 45365



Davis Pickren Seydel & Sneed
2300 Marquis Two Tower
2385 Peachtree Center Ave
Atlanta, GA 30303



Delaware North
250 Delaware Ave
Buffalo, NY 14202



DLA Piper LLC
One Atlantic Center
1201 W. Peachtree Street #2800
Atlanta, GA 30309



Don R Heiser
5316 Rio Vista Lane
Knoxville, TN 37919



Enrique Altamirano
1555 Bonaventure Blvd
Suite 400
Fort Lauderdale, FL 33326



Excellent Eats, LLC
912 Westview Ave
Nashville, TN 37205



Forum Analytics
PO Box 848844
Los Angeles, CA 90084
```

```
Frazier & Deeter
1230 Peachtree Street, NE
Suite 1500
Atlanta, GA 30309



Georgia Department of Revenue
Compliance Division
1800 Century Blvd, Ste 16102
Atlanta, GA 30345-3205



Gift Card Escrow Liability
3575 Piedmont Road, Bldg 15, S
Atlanta, GA 30305



Hot Dish
800 Washington Ave N
Suite 205
Minneapolis, MN 55401



Howwin Pizza Company, LLC
2660 Eastchase Lane, Suite 300
Montgomery, AL 36117



Humana
PO Box 3291
Milwaukee, WI 53201



IFX International, Inc.
12750 High Bluff Drive
Suite 460
San Diego, CA 92130



Integrity Brands NAF
3575 Piedmont Road
Building 15, Suite 250
Atlanta, GA 30305
```

```
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346



International Franchise Assoc.
1900 K Street NW
Suite 700
Washington, DC 20006



Jason H. Watson
Womble Bond Dickinson
271 17th Street NW Suite 2400
Atlanta, GA 30363



Jenelle Brown
3324 Peachtree Road
Apt. 1615
Atlanta, GA 30326



Jim Killough
Syner G Law Complex
6075 Barfield Road
Atlanta, GA 30328



Joclyn Blain
890 Wilde Run Court
Roswell, GA 30075



JTM Investments, LLC
54 Cherokee Road
Moultrie, GA 31768



Kaiser Scherer & Schlegel PLLC
1410 Spring Hill Road
Suite 400
Mc Lean, VA 22102
```

Document    Page 12 of 15

```
KNS Holdings
161 Willow Glenn Drive
Marietta, GA 30068




Lance Dewitt
11549 Mossy Oak Drive
Orlando, FL 32832




Lee N. Katz
Katz Partners LLC
5116 Ashmont Court
Atlanta, GA 30338




Libertas Funding
382 Greenwich Avenue
Suite 2, 2nd Floor
Greenwich, CT 06830




MA & DJN Investments, LLC
4705 Mirabella Place
Lutz, FL 33558




Maddio's of Tallahassee, Inc.
1064 Kingdom Drive
Greenville, FL 32331




Made to Order, LLC
935 E. Mountain Street, Suite
Kernersville, NC 27284




MADIHOPE, LLC
P.O. Box 760
Beulah, ND 58523




Matthew Andrew
21 Ferry Landing Lane
Apt 1413
Atlanta, GA 30305
```

Nashville Pizza, LLC
9415 Raven Hollow Road
Brentwood, TN 37027


Pippas Pizza, LLC
1630 Round Hill Drive
Fargo, ND 58104


Player Law Firm
P.O. Box 21005
Columbia, SC 29221


Quarles & Brady LLP
1700 K Street NW
Suite 825
Washington, DC 20006


R&M Pizza Inc
1215 Barnes Drive
Bloomington, IN 47401


Ready Talk
PO Box 975375
Dallas, TX 75397-5375


Retail Data Systems
375 Franklin Gateway
Suite 400
Marietta, GA 30067


Revolution Restaurants, Inc.
8250 E. Harvard Ave, #8-106
Denver, CO 80231


Rising Star Enterprises #1 LLC
1411 Nelson Drive
Irving, TX 75038

```
S&S Group
1410 Spring Hill Road
Suite 400
Mc Lean, VA 22102



Scott Goodrich
374 Indian Trail
Mooresville, NC 28117



Secretary of the Treasury
1500 Pennsylvania Ave, NW
Washington, DC 20220



Steve Chamberlin
4488 Club Drive
Atlanta, GA 30319



TAC PNC, LLC
P.O. Box 936406
Atlanta, GA 31193-6406



The Peakstone Group
445 N. Wells Street
Suite 404
Chicago, IL 60654



The Pizza Joint, LLC
2108 Fieldstone Cove
Jonesboro, AR 72404



Tony Brewer
955 Wendover Drive
Atlanta, GA 30319



Toshiba Financial Services
```

```
UMAD Rogers
1410 Spring Hill Road
Suite 400
Mc Lean, VA 22102



Uncle Maddio's of Charlotte
319 S. Sharon Amity Road
Suite 200 D
Charlotte, NC 28211



Westbrook Real Estate, LLC
9765 Hightower Road
Roswell, GA 30075



White Star Shops at FSK Mall L
7904 Woodmont Avenue
Second Floor
Bethesda, MD 20814



Will Perkins c/o F. Wilson III
Wilson Brock & Irby, L.L.C
2849 Paces Ferry Rd Ste 700
Atlanta, GA 30339



WRI Retail Pool I, LP
191 Peachtree Street NE
34th Floor
Atlanta, GA 30303
```