## CERTIFIED COPY OF RESOLUTIONS ADOPTED BY THE
## BOARD OF DIRECTORS OF INTEGRITY BRANDS, LLC

The undersigned, Matt Andrew, Chairman of the Board of Directors of Integrity Brands, LLC (the "Company"), does hereby certify that the following resolutions were adopted by a Board Majority of the Company at a meeting duly called and held on July 19, 2018 and that such resolutions have not been amended or rescinded and are now in full force and effect:

RESOLVED, that the filing by the Company of a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia is hereby APPROVED;

FURTHER RESOLVED, that Matt Andrew in his capacity as Chief Executive Officer, or such other officer or officers as he may designate in writing, is authorized to file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia at such time and on such terms as they deem appropriate provided nothing shall require such filing;

FURTHER RESOLVED, that Matt Andrew in his capacity as Chief Executive Officer, or such other officer or officers as he may designate in writing be, and each of them hereby is, authorized to retain on behalf of the Company the law firm of Jones & Walden, LLC, and other counsel as they see fit, to render legal services to, and to represent the Company in connection therewith, on such terms as they shall approve;

FURTHER RESOLVED, that the law firm of Jones & Walden, LLC is authorized and shall take direction from Matt Andrew or such other person or persons as he may designate;

FURTHER RESOLVED, that Matt Andrew in his capacity as Chief Executive Officer, or such other officer or officers as he may designate in writing be, and each of them hereby is, authorized and directed to take any and all such further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses, in the case as in his, her, or their judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted hereby; and

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by Matt Andrew in his capacity as Chief Executive Officer, or such other officer or officers as he may designate in writing, in connection with the reorganization of the Company or any matter related thereto or by virtue of these resolutions is hereby in all respects ratified, confirmed and approved.

WITNESS my hand and the seal of the Company this 19th day of July, 2018.

INTEGRITY BRANDS, LLC

By: Matt Andrew, Chairman of the Board of Directors

CONSENTED TO BY:

Matt Andrew, Chairman of the Board of Directors (holding 3 votes)

Tony Brewer, Board Member

Cal Simmons, Board Member

Craig Heiser, Board Member

## CERTIFIED COPY OF RESOLUTIONS ADOPTED BY THE
## BOARD OF DIRECTORS OF INTEGRITY BRANDS, LLC

The undersigned, Matt Andrew, Chairman of the Board of Directors of Integrity Brands, LLC (the "Company"), does hereby certify that the following resolutions were adopted by a Board Majority of the Company at a meeting duly called and held on July 19, 2018 and that such resolutions have not been amended or rescinded and are now in full force and effect:

RESOLVED, that the filing by the Company of a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia is hereby APPROVED;

FURTHER RESOLVED, that Matt Andrew in his capacity as Chief Executive Officer, or such other officer or officers as he may designate in writing, is authorized to file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia at such time and on such terms as they deem appropriate provided nothing shall require such filing;

FURTHER RESOLVED, that Matt Andrew in his capacity as Chief Executive Officer, or such other officer or officers as he may designate in writing be, and each of them hereby is, authorized to retain on behalf of the Company the law firm of Jones & Walden, LLC, and other counsel as they see fit, to render legal services to, and to represent the Company in connection therewith, on such terms as they shall approve;

FURTHER RESOLVED, that the law firm of Jones & Walden, LLC is authorized and shall take direction from Matt Andrew or such other person or persons as he may designate;

FURTHER RESOLVED, that Matt Andrew in his capacity as Chief Executive Officer, or such other officer or officers as he may designate in writing be, and each of them hereby is, authorized and directed to take any and all such further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses, in the case as in his, her, or their judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted hereby; and

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by Matt Andrew in his capacity as Chief Executive Officer, or such other officer or officers as he may designate in writing, in connection with the reorganization of the Company or any matter related thereto or by virtue of these resolutions is hereby in all respects ratified, confirmed and approved.

WITNESS my hand and the seal of the Company this 19th day of July, 2018.

INTEGRITY BRANDS, LLC

By: Matt Andrew, Chairman of the Board of Directors

CONSENTED TO BY:

Matt Andrew, Chairman of the Board of Directors (holding 3 votes)

Tony Brewer, Board Member

Craig Heiser, Board Member

Cal Simmons, Board Member

# CERTIFIED COPY OF RESOLUTIONS ADOPTED BY THE BOARD OF DIRECTORS OF INTEGRITY BRANDS, LLC

The undersigned, Matt Andrew, Chairman of the Board of Directors of Integrity Brands, LLC (the "Company"), does hereby certify that the following resolutions were adopted by a Board Majority of the Company at a meeting duly called and held on July 19, 2018 and that such resolutions have not been amended or rescinded and are now in full force and effect:

RESOLVED, that the filing by the Company of a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia is hereby APPROVED;

FURTHER RESOLVED, that Matt Andrew in his capacity as Chief Executive Officer, or such other officer or officers as he may designate in writing, is authorized to file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia at such time and on such terms as they deem appropriate provided nothing shall require such filing;

FURTHER RESOLVED, that Matt Andrew in his capacity as Chief Executive Officer, or such other officer or officers as he may designate in writing be, and each of them hereby is, authorized to retain on behalf of the Company the law firm of Jones & Walden, LLC, and other counsel as they see fit, to render legal services to, and to represent the Company in connection therewith, on such terms as they shall approve;

FURTHER RESOLVED, that the law firm of Jones & Walden, LLC is authorized and shall take direction from Matt Andrew or such other person or persons as he may designate;

FURTHER RESOLVED, that Matt Andrew in his capacity as Chief Executive Officer, or such other officer or officers as he may designate in writing be, and each of them hereby is, authorized and directed to take any and all such further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses, in the case as in his, her, or their judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted hereby; and

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by Matt Andrew in his capacity as Chief Executive Officer, or such other officer or officers as he may designate in writing, in connection with the reorganization of the Company or any matter related thereto or by virtue of these resolutions is hereby in all respects ratified, confirmed and approved.

WITNESS my hand and the seal of the Company this 19th day of July, 2018.

INTEGRITY BRANDS, LLC

By: Matt Andrew, Chairman of the Board of Directors

CONSENTED TO BY:

Matt Andrew, Chairman of the Board of Directors (holding 3 votes)

Tony Brewer, Board Member

Cal Simmons, Board Member

Craig Heiser, Board Member